

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00480-CV

**LIBERTY SPORT AVIATION, L.P.**,
Appellant

v.

**TEXAS HILL COUNTRY BANK**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 14-314A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

     Extension of time to file the Clerk's Record is this date NOTED. Time is extended to October 15, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

M. Patrick Maguire
M. Patrick Maguire, P.C.
945 Barnett Street
Kerrville, TX 78028

Kimberly S. Keller
Keller Stolarcyzk PLLC
234 W. Bandera Road #120
Boerne, TX 78006

Susan Jackson
District Clerk-Kendall Co.
201 E. San Antonio Street, suite 201
Boerne, TX 78006

Dandy Middleton
480 Twin Canyon
Boerne, TX 78006

Jonathan B. Cluck
The Nunley Firm LLP
1580 South Main Street, Suite 200
Boerne, TX 78006